| Debtor 1 | David J. Garrett | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Southern District of Florida | | |
| Case number (If known) | | | |

☐ Check if this is an amended filing

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form B 6 J)

Check all that apply
☑ You
☐ Your spouse
☐ Your dependents    0    How many dependents?    1    Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you

Add your income and your spouse's income. Include the value (if known) of an non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you include above

Your family's average monthly net income

| | | That person's average monthly net income (take-home pay) |
|---|---|---|
| You . . . . . . . . | $ | 1,087.00 |
| Your spouse . | + $ | |
| Subtotal . . . . . | $ | 1,087.00 |
| | - $ | |
| Total . . . . . . | $ | 1,087.00 |

**3. Do you receive non-cash governmental assistance?**
☑ No
☐ Yes. Describe . . . . . . . . .    Type of assistance

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain . . . . . . . . . .

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days. If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.**

My monthly expenses exceed my take home pay.

Official Form B 3B         Application to Have the Chapter 7 Filing Fee Waived         page 1

[Created with assistance from Jay T. Hollenkamp, P.A.]



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
JUL 2 1 2015
FILED ___ RECEIVED

Debtor 1   David J. Garrett                                    Case Number (if known) _____
           First Name   Middle Name   Last Name

## Part 2: Tell the Court About Your Monthly Expenses

**6** Estimate your average monthly expenses. Include amounts paid
by any government assistance that you reported on line 2.             $ _____ 1,102.00
If you have already filled out Schedule J, Your Expenses, copy
line 22 from that form.

**7** Do these expenses cover anyone     ☑ No
who is not included in your family    ☐ Yes. Identify who ....
as reported in line 1?

**8** Does anyone other than you         ☑ No
regularly pay any of these           ☐ Yes. How much do you regularly receive as contributions?   $ _____ monthly
expenses?

If you have already filled out
Schedule I: Your Income, copy the
total from line 11.

**9** Do you expect your average         ☑ No
monthly expenses to increase or      ☐ Yes. Explain ....
decrease by more than 10% during
the next 6 months?

## Part 3: Tell the Court About Your Property

If you have already filled out Schedule A: Real Property (Official Form B 6A) and Schedule B: Personal Property (Official Form B 6B), atta
copies to this application and go to Part 4.

**10** How much cash do you have?
Examples: Money you have in
your wallet, in your home, and o     Cash:   $ _____ 0.00
hand when you file this application

**11** Bank accounts and other deposits                      Institution name:                              Amount
of money?
Examples: Checking, savings         Checking account:    Suntrust Bank                             $     70.00

money market, or other financial
accounts; certificates of deposit;   Savings account:     Suntrust Bank                             $      6.00
shares in banks, credit unions
brokerage houses, and other         Other financial accounts: _____                $ _____
similar institutions. If you have
more than one account with the      Other financial accounts: _____                $ _____
same institution, list each. Do not
include 401(k) and IRA accounts

**12** Your home? (If you own it outright or  2057 East Lakeview Drive                Current value:     $   35000.00
are purchasing it)                        Number   Street
Examples: House, condominium              Sebastian, FL  32958                       Amount you owe on
manufactured home, or mobile home         City          State       ZIP Code         mortgage and liens  $ _____

**13** Other real estate?                    _____              Current value:     $ _____
                                          Number   Street
                                                                                     Amount you owe on
                                          City          State       ZIP Code         mortgage and liens: $ _____

**14** The vehicles you own?                Make:   GMC
                                          Model:  Sierra                             Current value:     $    750.00
Examples: Cars, vans, trucks              Year:   1992
sports utility vehicles, motorcycles      Mileage: _____                      Amount you          $ _____
tractors, boats                                                                      owe on liens:
                                          Make:   _____
                                          Model:  _____                       Current value:     $ _____
                                          Year:   _____
                                          Mileage: _____                      Amount you          $ _____
                                                                                     owe on liens:

| Debtor 1 | David J. Garrett | | Case Number (if known) | |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

**15  Other Assets?**
Do not include household items and clothing

Describe the other assets:

Current value: $ _____

Amount you owe on liens: $ _____

**16  Money or property due you?**
Examples: Tax refunds; past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation personal injury recovery

Who owes you the money or property?

_____

_____

How much is owed?

$ _____

$ _____

Do you believe you will likely receive payment in the next 180 days?

☐ No.

☐ Yes. Explain:

### Part 4:  Answer These Additional Questions

**17  Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☐ No
☑ Yes. Whom did you pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☑ Someone else   Attorney Petition Preparer

How much did you pay?

$ _____ 499.00

**18  Have you promised to pay or do you expect to pay someone fo services for your bankruptcy case?**

☑ No
☐ Yes. Whom did you expect to pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?

$ _____

**19  Has anyone paid someone on your behalf for services for thi case?**

☑ No
☐ Yes. Who was paid on your behalf?
  Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid?
Check all that apply:
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Somone else _____

How much did someone else pay?

$ _____

**20  Have you filed bankruptcy within the last 8 years?**

☑ No
☐ Yes    District _____  When _____   Case number _____
                                    MM/DD/YYYY

          District _____  When _____   Case number _____
                                    MM/DD/YYYY

          District _____  When _____   Case number _____
                                    MM/DD/YYYY

### Part 5:  Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X David J. Garrett  *David J. Garrett* (signed)
  Signature of Debtor 1                Signature of Debtor 2

Date   7/8/2015              Date  _____
       MM/DD/YYYY                   MM/DD/YYYY

Official Form B 6I          Schedule I: Your Income          page 3