UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In Re:   CASE NO.: 15-23088-BKC-EPK
         Chapter 7
DAVID J. GARRETT

         Debtor.
_____/

## TRUSTEE'S MOTION FOR COURT TO REVIEW COMPENSATION OF DEBTOR'S COUNSEL, JAY T. HOLLENKAMP FOR DISGORGEMENT OF FEES AND SANCTIONS FOR VIOLATION OF 11 U.S.C. §110

Michael R. Bakst, Trustee in Bankruptcy for David J. Garrett, hereby files this, his Motion for Court to Review Compensation of Debtors' Counsel, Jay T. Hollenkamp, for Disgorgement of Fees, and Sanctions for Violation of 11 U.S.C. §110 and in support thereof, states as follows:

1. This voluntary Chapter 7 bankruptcy was filed on July 21, 2015. Michael R. Bakst has been appointed as the Chapter 7 Trustee.

2. The Debtor's Statement of Financial Affairs, question 9, reflects that Jay T. Hollenkamp, P.A., assisted the Debtor in preparing his Schedules and Statement of Financial Affairs and was paid, on June 24, 2015, the sum of $499.00 as a petition preparer.

3. Jay T. Hollenkamp is a member of the Florida Bar, Florida Bar number 52701 and an attorney practicing in Pompano Beach, Florida with an address of 1 N. Ocean Blvd., Apt. 1202, Pompano Beach, Fl 33062.

1

23938506.1

4.      On July 21, 2015, the Debtor filed an Application for Waiver of Chapter 7 Filing Fee, (ECF#8) which also reflects in Part 1, question 17, that the Debtor paid a petition preparer the sum of $499.00.  The Debtor failed to disclose that he paid an attorney.

5.      Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), the attorney is required to file a Disclosure of Compensation of Attorney for Debtor. Jay T. Hollenkamp, Attorney for Debtor, did not file the Disclosure of Compensation of Attorney for Debtor even though he was paid the sum of $499.00.   Further, even if claiming that he was only a petition preparer, he failed to provide the proper identification required by 11 U.S.C. §110.

6.      At the Debtor's §341 First Meeting of Creditors on August 25, 2015, the Debtor appeared but the Debtor's counsel did not appear.

7.      It is the opinion of the Trustee that the Debtor's counsel has failed to comply with the Bankruptcy Rules and has not adequately represented the Debtor in this case and has failed to follow the law.  The Trustee requests that the Court review his fees pursuant to 11 U.S.C. §329(b) to determine if he should be required to disgorge all or part of his fee back to the Debtor.

8.      Counsel was paid $499.00 to handle the matter.  Counsel should have appeared with his client at his §341 First Meeting of Creditors and should have signed the petition and other required disclosures.

9. Pursuant to 11 U.S.C. §110(c)(2)(A), a petition preparer is required to disclose their social security account number whenever they prepare a document for filing with the Court. Jay T. Hollenkamp has failed to comply with this statute.

10. Pursuant to 11 U.S.C. §110(l), if the bankruptcy petition preparer fails to comply with several subsections under §110, including subsection (c), they may be fined not more than five hundred ($500.00) dollars for each such failure. Pursuant to 11 U.S.C. §110(l)(2)(D), the Court may triple the amount of the fine if the documents were prepared in a manner that failed to disclose the identity of the bankruptcy petition preparer. The Trustee understands that there may be duplicative or contradictory forms of relief sought in this motion because it involves the possible overlap of two statutes. However, any risk of duplicative sanctions should be borne by an attorney that engages in the type of conduct that has occurred here.

11. As of the date of the filing of this motion, it appears to the Trustee that Mr. Hollenkamp uses a website known as www.bankruptcyrobot.com which starts out with a statement "We'll Help you File Bankruptcy for $499. Bankruptcy Robot [registered trademark] provides a low-cost bankruptcy filing option for those who cannot afford standard bankruptcy attorney fees.". A snap shot copy of Mr. Hollenkamp's website is attached as Exhibit "1". The balance of the initial page on the website provides the attorney profile for Mr. Hollenkamp as having both a finance degree and a law degree from the University of Florida, as well as having interned with Judges Glenn and Williamson upon graduating from law school and having worked with both personal and

3

business bankruptcy clients in the eight (8) years since.

**WHEREFORE, Michael R. Bakst, Trustee in Bankruptcy for David J. Garrett,** respectfully requests that the Court review the fee charged by Debtor's counsel, Jay t. Hollenkamp, pursuant to 11 U.S.C. §329(b) to determine if he should be required to disgorge all or part of his fees back to the Debtor, award fees to the Trustee for his time in pursuing this matter, and/or that the Court enter an order sanctioning Jay T. Hollenkamp for his failure to comply with 11 U.S.C. §110 by his failure to disclose his involvement in this case and/or his failure to disclose his social security number on the petition, plus grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent to all parties on the attached mailing list, this ___11___ day of ___September___, 2015.

MICHAEL R. BAKST, TRUSTEE

BY: _____
MICHAEL R. BAKST
P.O. Box 407
West Palm Beach, Fl 33402
(561) 838-4539
(561) 514-3439 (fax)
baksttrustee@gmlaw.com

emb

**Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

David J. Garrett
2057 East Lakeview Drive
Sebastian, FL 32958

Jay T. Hollenkamp, Esq
1 N. Ocean Blvd., Apt. 1202
Pompano Beach, Fl 33062

23938506.1

# BANKRUPTCY ROBOT®

# WE'LL HELP YOU FILE BANKRUPTCY FOR $499

Bankruptcy Robot® provides a low-cost bankruptcy filing option for those who cannot afford standard bankruptcy attorney fees.

**START FOR FREE**

### ATTORNEY PROFILE | JAY T. HOLLENKAMP

Mr. Hollenkamp earned both a finance degree and a law degree from the University of Florida. Mr. Hollenkamp interned with Florida Bankruptcy Judges Paul Glenn & Michael Williamson upon graduating from law school and has worked with both personal and business bankruptcy clients in the ~8 years since.



## BANKRUPTCY ROBOT®

- STEP ONE STEP TWO TESTIMONIALS BLOG
- CONTACT STEP ONE
- STEP TWO
- TESTIMONIALS
- BLOG
- CONTACT

**STEP ONE**

# STEP ONE
# DRAFT YOUR FILING DOCUMENTS WITH THREE SIMPLE QUESTIONNAIRES

The hardest part of bankruptcy is correctly drafting the required documents. Instantly draft yours now by answering 3 simple, confidential questionnaires.⁎ Your documents will be be emailed to you upon completion. No commitment required. The first questionnaire takes less than a minute.







\* Our questionnaires employ enterprise-level encryption via Google Drive. Information you provide is strictly used to draft your bankruptcy documents and never shared with third parties.

### ATTORNEY PROFILE | JAY T. HOLLENKAMP

Mr. Hollenkamp earned both a finance degree and a law degree from the University of Florida. Mr. Hollenkamp interned with Florida Bankruptcy Judges Paul Glenn & Michael Williamson upon graduating from law school and has worked with both personal and business bankruptcy clients in the ~8 years since. Mr. Hollenkamp launched Bankruptcy Robot* in 2013 to create a simple, low-cost bankruptcy filing option for those who cannot afford standard bankruptcy attorney fees.

**FILE BANKRUPTCY**

Step One
Step Two

**AFTER YOU FILE**

Fax Trustee Documents
2nd Online Course
Trustee Meeting

**SUPPORT**

Testimonials
Bankruptcy Stories
Location
Contact Us

Jay T. Hollenkamp, P.A.
simplify the law

© 2014 - 2015 Jay T. Hollenkamp, P.A.   All Rights Reserved.
1 N Ocean BLVD #1202, Pompano Beach, FL 33062
(772) 202-3441

## BANKRUPTCY ROBOT®

**STEP TWO**

### STEP TWO
# FINISH DOCS, COMPLETE ONLINE COURSE, & FILE YOUR CASE

Your initial drafts now need to be reviewed by an attorney. Mr. Hollenkamp will personally review and edit them with you for $499. Once you're finished, all that's left is to complete the required online course, which takes about 1 hour, and to file your case.







## ATTORNEY PROFILE | JAY T. HOLLENKAMP

Mr. Hollenkamp earned both a finance degree and a law degree from the University of Florida. Mr. Hollenkamp interned with Florida Bankruptcy Judges Paul Glenn & Michael Williamson upon graduating from law school and has worked with both personal and business bankruptcy clients in the ~8 years since. Mr. Hollenkamp launched Bankruptcy Robot® in 2013 to create a simple, low-cost bankruptcy filing option for those who cannot afford standard bankruptcy attorney fees.

### FILE BANKRUPTCY

Step One
Step Two

### AFTER YOU FILE

Fax Trustee Documents
2nd Online Course
Trustee Meeting

### SUPPORT

Testimonials
Bankruptcy Stories
Location
Contact Us

Jay T. Hollenkamp, P.A.
simplify the law

© 2014 - 2015 Jay T. Hollenkamp, P.A.  All Rights Reserved.
1 N Ocean BLVD #1202, Pompano Beach, FL 33062
(772) 202-2441

## BANKRUPTCY ROBOT®

**FILE YOUR CASE.**

### FILE YOUR CASE
# MAIL-IN OR DROP OFF AT COURTHOUSE

To file your bankruptcy case, take your documents and either your $335 filing fee or your Application For Fee Waiver to the bankruptcy clerk's office at the closest federal courthouse, which you can locate below. You may also mail your filing to the Court. Contact the Court at the number provided to inquire about how to mail-in details.

## NORTHERN DISTRICT BANKRUPTCY COURTS



**Pensacola Division**
100 N. Palafox St.
Pensacola, FL 32502
(866) 639-4615

**Panama City Division**
30 W. Government St.
Panama City, FL 32401
(850) 769-4556

**Tallahassee Division**
110 East Park Ave.
Tallahassee, FL 32301
(850) 521-5001

**Gainesville Division**
110 East Park Ave.
Tallahassee, FL 32301
(866) 639-4615

## MIDDLE DISTRICT BANKRUPTCY COURTS



**Tampa Division**
801 N. Florida Ave.
Tampa, FL 33602
(813) 301-5162

**Fort Myers Division**
2110 First St.
Fort Myers, FL 33901
(239) 461-2112
**IMPORTANT: Fort Meyers case filings are in person or by mail at Tampa Division**

**Jacksonville Division**
300 North Hogan St
Jacksonville, FL 32202
(904) 301-6490

**Orlando Division**
400 W. Washington Street
Suite 5100
Orlando, FL 32801
(407) 237-8000

## SOUTHERN DISTRICT BANKRUPTCY COURTS

**Fort Lauderdale Division**
299 E. Broward Blvd.
Fort Lauderdale, FL 33301
(954) 769-5700

**Miami Division**
51 S.W. 1st Ave.
Miami, FL 33130
(305) 714-1800

**West Palm Beach Division**
Waterview Building
1515 North Flagler Dr, Room 801
West Palm Beach, FL 33401
(561) 514-4100



## ATTORNEY PROFILE | JAY T. HOLLENKAMP

Mr. Hollenkamp earned both a finance degree and a law degree from the University of Florida. Mr. Hollenkamp interned with Florida Bankruptcy Judges Paul Glenn & Michael Williamson upon graduating from law school and has worked with both personal and business bankruptcy clients in the ~8 years since. Mr. Hollenkamp launched Bankruptcy RobotS in 2013 to create a simple, low-cost bankruptcy filing option for those who cannot afford standard bankruptcy attorney fees.

|  | **AFTER YOU FILE** | **SUPPORT** |
|---|---|---|
| Step One | | Testimonials |
| Step Two | | Bankruptcy Stories |

Jay T. Hollenkamp, P.A.
simplify the law

© 2014 - 2015  Jay T. Hollenkamp, P.A.   All Rights Reserved.
1 N Ocean BLVD  #1202, Pompano Beach, FL 33062
(772) 202-2411